USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA
V.
TAYLOR MICHAEL WILSON

CRIMINAL NUMBER: 4:18CR00090-RWS-NCC

USDC-NE Case no. 4:18cr3074 JMG/CRZ

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Taylor Michael Wilson, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the _____ District of Nebraska in which I, Taylor Michael Wilson, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: July 10 2018 at Saline County Jail

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
EASTERN District of
MISSOURI

_____
United States Attorney for the
_____ District of
NEBRASKA