FILED
FEB - 1 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, ) USDC-NE Case no. 4:18cr3074
)
v. )
) **4:18CR90 RWS/NCC**
)
TAYLOR WILSON, )
)
Defendant. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

From in or about September 2015, through December 23, 2017, in the Eastern District of Missouri, and elsewhere,

**TAYLOR WILSON**

the defendant herein, did knowingly possess a machine gun, as that term is defined in Title 18, United States Code, Section 921 (a)(23) and Title 26, United States Code, Section 5845(a) and (b), that is a 7.62x25mm Tokarev caliber Pioneer Arms Corp. model PPS43-C submachine-gun.

In violation of Title 18, United States Code, Sections 922(o) and punishable under 924(a)(2).

## COUNT II

The Grand Jury further charges that:

From in or about September 2015, through December 23, 2017, in the Eastern District of Missouri, and elsewhere,

### TAYLOR WILSON

the defendant herein, did knowingly possess a firearm, that is, a 7.62x25mm Tokarev caliber Pioneer Arms Corp. model PPS43-C submachine gun that had been shipped and transported in interstate commerce at some time during or prior to the defendant's possession and from which the manufacturer's and importer's serial number had been removed, altered and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT III

The Grand Jury further charges that:

From in or about September 2015, through December 23, 2017, in the Eastern District of Missouri, and elsewhere,

### TAYLOR WILSON

the defendant herein, did knowingly possess a machinegun, as that term is defined in Title 18, United States Code, Section 921 (a)(23) and Title 26, United States Code, Section 5845(a) and (b), that being a 7.62x25mm Tokarev caliber Pioneer Arms Corp. model PPS43-C submachine-gun which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d) and punishable under Title 26,

United States Code, Section 5871.

## COUNT IV

The Grand Jury further charges that:

From in or about September 2015, through December 23, 2017, in the Eastern District of Missouri, and elsewhere,

**TAYLOR WILSON,**

the defendant herein, did knowingly receive and possess a firearm, as that term is defined in Title 18, United States Code, Section 921 (a)(8) and Title 26, United States Code, Section 5845(a) that being a 9mm Luger caliber CZ model Scorpion Evo 3 S1 rifle, serial number B806444, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d) and punishable under Title 26, United States Code, Section 5871.

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
MATTHEW T. DRAKE – 46499MO
Assistant United States Attorney - 46499